*1182 519 U. S. 1148;
519 U. S. 1112;
519 U. S. 1142;
519 U. S. 1149;
519 U. S. 1113;
519 U. S. 1114;
519 U. S. 1150;
519 U. S. 1118;
ante, p. 1104;
519 U. S. 1150;
519 U. S. 1013;
519 U. S. 1064;
519 U. S. 1121;
519 U. S. 1122;
519 U. S. 1123;
519 U. S. 1125;
519 U. S. 1099;
519 U. S. 1128;
519 U. S. 1129;
519 U. S. 1131;
519 U. S. 1152;
*1183 No. 96-7207.
No. 96-7208.
No. 96-7228.
No. 96-7247.
No. 96-7433.
No. 96-7493.
519 U. S. 1152;
519 U. S. 1152;
519 U. S. 1158;
519 U. S. 1183;
519 U. S. 1107; and
519 U. S. 1118. Petitions for rehearing denied.